IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM SELTZER, JR. | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 07-0150-WS-C |
| SAM COCHRAN, | : | |
| Defendant. | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 14th day of January, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE