IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM SELTZER, JR.** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 07-0150-WS-C** |
| **SAM COCHRAN,** | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 14th day of January, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE